UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HID GLOBAL CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>VECTOR FLOW, INC.,<br><br>        Defendant. | Case No.  23-mc-80114-SVK<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Virginia K. DeMarchi for consideration of whether the case is related to *HID Global Corp. v. Vector Flow, Inc.*, 22-mc-80134-VKD.

**SO ORDERED.**

Dated: April 11, 2023

_____
SUSAN VAN KEULEN
United States Magistrate Judge